UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JUDE JUDICE** | **CIVIL ACTION NO. 6:10-cv-1104** |
|     LA. DOC # 493087 | |
| VS. | **SECTION P** |
| | **JUDGE MELANÇON** |
| **WARDEN GARY GOODWIN** | **MAGISTRATE JUDGE HILL** |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 16th day of November, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE