UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JUDE JUDICE** | **CIVIL ACTION NO. 6:10-cv-1104** |
| LA. DOC # 493087 | |
| VS. | **SECTION P** |
| | **JUDGE MELANÇON** |
| **WARDEN GARY GOODWIN** | **MAGISTRATE JUDGE HILL** |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, *R. 4*, and after an independent review of the entire record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation filed into the record by petitioner on November 18, 2010, *R. 6*;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 20th day of November, 2010.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE